■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN HERRERA, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, Bronx County (Laura Safer-Espinoza, J.), rendered on or about August 10, 2005, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Nardelli, Buckley, Gonzalez and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH HAZEL, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, Bronx County (John Byrne, J., at plea; Joseph Dawson, J., at sentence), rendered on or about April 27, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Nardelli, Buckley, Gonzalez and Sweeny, JJ.